AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Bassem Ayad, )
)
*Plaintiff(s)* )
v. ) Civil Action No. 20-cv-1039 CBA-CLP
)
PLS Check Cashers of New York, Inc., )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLS Check Cashers of New York, Inc.
146-15 Jamaica Avenue
Jamaica, NY 11435

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 2/26/2020                                              s/Kimberly Davis
                                                             *Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: February 26, 2020
Index #  1:20-cv-01039-CBA-CLP

*BASSEM AYAD* — Plaintiff

against

*PLS CHECK CASHERS OF NEW YORK, INC.,* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY  SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 27, 2020_____, at __11:45 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

_____PLS CHECK CASHERS OF NEW YORK INC._____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this
__27th__ day of February 2020

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1837545

*SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201*