# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                      Fax: 718-740-2000
*Employment and Labor Lawyer*                    Web: www.abdulhassan.com

April 27, 2020

**Via ECF**

Hon. Cheryl L. Pollak, USMJ
United States District Court, EDNY
225 Cadman Plaza, East
Brooklyn, NY 11201
Tel: 718-613-2360
Fax: 718-613-2365

                     **Re: <u>Ayad v. PLS Check Cashers of New York, Inc.</u>**
                           Case No.  20-CV-01039 (CBA)(CLP)
                           Status Report

Dear Magistrate-Judge Pollak:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to provide the Court with a status report as per Your Honor's March 27, 2020 order. On April 25, 2020, my office consented to an extension of time for Defendant to Answer the complaint. We expect Defendant to file the stipulation shortly for judicial approval.

       We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**      Defense Counsel via Email (imonte@lapointelaw.com)

1